**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
THOMAS C. JOHNSON,                          :
                                            :
                    Plaintiff,              :          26-CV-0564 (JMF) (OTW)
                                            :
             -against-                      :          ORDER
                                            :
JEFFREY BRYANT,                             :
                                            :
                    Defendant.              :
                                            :
                                            :
-------------------------------------------------------------x
```

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a second Initial Case Management Conference on Tuesday, June 02, 2026, after self-represented Plaintiff failed to appear at the initial conference on April 28, 2026. The Order scheduling this conference was mailed to Mr. Johnson on April 30, 2026, to his address of record 222 N. Charles Street, Apartment 406, Baltimore, MD 21201. Counsel for Defendant Bryant was in appearance. Self-represented Plaintiff Johnson again did not appear. The Court attempted to contact Mr. Johnson via phone at the number listed in the signature block of the Complaint before and during the Conference but did not receive a response.

       Defense counsel informed the Court that Plaintiff corresponded with him via email, and apparently told him that Plaintiff intended to appear virtually, but no such letter was filed. (*See* June 2, 2026, transcript). If either party seeks to appear virtually, they must do so by filing such request on the docket at least **48 hours** before the scheduled appearance. Individual Practices in Civil Cases, § II.E (S.D.N.Y. 2025).

       Plaintiff is directed to file a letter on the docket by **June 26, 2026**, stating whether or not he still wished to pursue the case and must include dates he is available for an Initial Case

2

Management Conference. Plaintiff is reminded that if he wishes to participate virtually, he must file his request on the docket. Failure to respond by that date may result is a recommendation of dismissal of this action.

Counsel for Defendant is directed to serve this and the June 2, 2026 transcript on Plaintiff, and file proof of service on the docket by **June 12, 2026**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: June 4, 2026                    **Ona T. Wang**
        New York, New York              United States Magistrate Judge

2