**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS C. JOHNSON-RICHARDSON,<br>Plaintiff,<br>-against-<br>JEFFREY BRYANT,<br>Defendant. | 26-CV-0564 (JMF) (OTW)<br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter following a non-appearance by Plaintiff on April 28 and June 2, 2026. (ECF 41). Plaintiff failed to appear in-person for a third time, as required by my scheduling order setting forth the July 28 Conference. The Court attempted to call Mr. Johnson at the scheduled conference time, 12:00 PM, and left a voicemail as we were unable to reach him. The Court was ultimately able to reach Mr. Johnson via telephone at 12:24 PM after the Conference had commenced.

As ordered on the record:

1. The briefing schedule for Defendant's motion to dismiss is set forth as follows:
    a. Defendant's opening brief is due **August 14, 2026**;
    b. Plaintiff's opposition is due **September 4, 2026;** and
    c. Defendant's reply is due **September 16, 2026.**
2. Informal disclosures must be served by **August 11, 2026**.
3. If any party seeks a stay of discovery while the Motion to Dismiss is being briefed, or decided, they must file their request by **August 28, 2026**.

4. Fact discovery will close on **December 18, 2026**.

5. While the Court has not yet scheduled another conference in this matter, Plaintiff is reminded that if he wishes to attend any future conferences virtually, he must timely file a request to do so.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: July 29, 2026
New York, New York